UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL EUGENE JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSIE GASTELO, et al.,<br><br>    Defendants. | Case No. 22-cv-02581-JD<br><br>**ORDER OF TRANSFER**<br><br>Re: Dkt. No. 4 |

This is a civil rights case brought pro se by a detainee. Plaintiff presents allegations regarding prison conditions at California Men's Colony. California Men's Colony is located within the venue of the United States District Court for the Central District of California. Plaintiff is incarcerated in this district. Because the events for this case and defendants are located in the Central District, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon plaintiff's motion to proceed in forma pauperis (Dkt. No. 4) which is **VACATED**.

**IT IS SO ORDERED.**

Dated: June 15, 2022

JAMES DONATO
United States District Judge